UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RANDER H. HARRIS, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ANN'S HOUSE OF NUTS (FLAGSTONE )<br>FOODS), )<br>        Defendant . ) | **JUDGMENT**<br>No. 4:14-CV-185-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment is ALLOWED. Defendants' request for sanctions is DENIED.

**This Judgment Filed and Entered on June 24, 2015, and Copies To:**

Rander H. Harris (via US Mail to 831 White Horse Drive, Greenville, NC 27834)
Andrew B. Murphy (via CM/ECF Notice of Electronic Filing)
Daniel G. Prokott (via CM/ECF Notice of Electronic Filing)
John Anthony Zaloom (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>June 24, 2015 | JULIE RICHARDS JOHNSTON, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |